LD Fitzgerald
845 W Center, Suite D
Pocatello ID 83204
(208) 233-0500
(208) 233-1339 [Facsimile]
fitzgeraldoffice@qwest.net
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

In Re:

**FANNING WHOLESALE, INC**             ) CHAPTER 7
                                        )
                                        ) CASE NO.   02-40192-7
                                        )
                                        ) **TURNOVER OF FUNDS**
_____DEBTOR(S)_____)  **TO CLERK**

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

1.    The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

| NAME & ADDRESS OF CREDITOR | CHECK # | AMOUNT NOT DISBURSED | CLAIM # |
|---|---|---|---|
| MCNEIL RIVER ENTERPRISES<br>750 W DIAMOND BLVD STE 200<br>ANCHORAGE AK 99515 | 114 | $220.82 | 13 |
| TASCO<br>2889 COMMERCE PKWY<br>MIRAMAR FL 33025-3956 | 140 | $5,966.24 | 40 |

**TOTAL AMOUNT REMITTED    $6,187.06**

DATED: June 29, 2006

              /S/ LD Fitzgerald
        **L.D. Fitzgerald, Trustee**